FILED: December 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2070
(A249-253-960)

_____

IZUCHUKWU OZURUMBA

       Petitioner

v.

PAMELA JO BONDI, Attorney General

       Respondent

-------------------------------

AMERICAN IMMIGRATION LAWYERS ASSOCIATION;
INTERNATIONAL HUMAN RIGHTS AND REFUGEE LAW EXPERTS

       Amici Supporting Petitioner

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn, Judge Richardson, and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk
